```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HAROLD DEJESUS and         :     CIVIL ACTION
MARIA T. DEJESUS           :
                           :
          v.               :
                           :
KNIGHT INDUSTRIES          :
& ASSOCIATES, INC.         :     NO. 10-07434
```

ORDER

AND NOW, this 24th day of July, 2013, upon consideration of the defendant's Motion to Exclude the Testimony of Dr. Kevin Rider (Docket No. 52), and the responses and replies thereto, and upon consideration of the defendant's Motion for Summary Judgment (Docket No. 53), and the responses and replies thereto, and following oral argument on July 10, 2013, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that:

    1) the Motion to Exclude the Testimony of Dr. Kevin Rider is GRANTED, and

    2) the Motion for Summary Judgment is GRANTED. Judgment is hereby ENTERED in favor of the defendant Knight Industries &

Associates, Inc. and against the plaintiffs Harold DeJesus and Maria T. DeJesus.  The case is closed.

                                                   BY THE COURT:

                                         /s/ Mary A. McLaughlin
                                         MARY A. McLAUGHLIN, J.