IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD DeJESUS and<br>MARIA T. DeJESUS,<br><br>        *Plaintiffs*,<br><br>   v.<br><br>KNIGHT INDUSTRIES & ASSOCIATES,<br>INC., *et al.*,<br><br>        *Defendants*. | CIVIL ACTION<br>NO. 10-07434 |

## ORDER

**AND NOW**, this 18th day of April, 2016, upon consideration of the Defendant Knight Industries & Associates, Inc.'s ("Knight") Renewed Motion in Limine (the "Motion") (ECF No. 101), Plaintiffs Harold and Maria DeJesus's opposition (ECF No. 102), Knight's reply (ECF No. 104), and the supplemental briefs filed by both parties (ECF Nos. 109, 110), it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

*/s/ Gerald J. Pappert*

GERALD J. PAPPERT, J