IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD DeJESUS and<br>MARIA T. DeJESUS,<br><br>        *Plaintiffs*,<br><br>   v.<br><br>KNIGHT INDUSTRIES & ASSOCIATES,<br>INC., *et al.*,<br><br>        *Defendants*. | CIVIL ACTION<br>NO. 10-07434 |

## ORDER

**AND NOW**, this 8th day of September, 2016, upon consideration of Defendant Knight Industries & Associates, Inc.'s ("Knight") Motion for Summary Judgment (ECF. No. 116), Plaintiffs Harold DeJesus and Maria DeJesus's Response in Opposition (ECF No. 117), and Knight's Reply (ECF No. 118), it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**.  The Motion is:

1. **GRANTED** with respect to Harold DeJesus's strict liability design defect claim to the extent that claim is brought under the "consumer expectations test" articulated in *Tincher v. Omega Flex, Inc.*, 104 A.3d 328 (Pa. 2014) ("*Tincher*");

2. **DENIED** with respect to Harold DeJesus's strict liability design defect claim to the extent that claim is brought under the "risk-utility test" articulated in *Tincher*;

3. **DENIED** with respect to Harold DeJesus's negligent design claim;

4. **GRANTED** with respect to Harold DeJesus's failure-to-warn claim;

5. **DENIED** with respect to Maria DeJesus's loss of consortium claim.

2

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.